IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QUENTIN M. FREDRICKSON, | ) | 8:10CV280 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's second motion for enlargement of time (filing 17) is granted, and the briefing schedule is modified as follows:

1.     Defendant shall file a brief by March 7, 2011;

2.     Plaintiff may file a reply brief by March 21, 2011; and

3.     This case shall be ripe for decision on March 22, 2011.

February 4, 2011.                          BY THE COURT:

                                          _Richard G. Kopf_
                                          United States District Judge